**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Case: 1:26-mj-00011 |
| | ) Assigned To: Judge Faruqui, Zia M. |
| **v.** | ) Assign. Date: 1/21/2026 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| **ANGEL ANTHONY RIOS** | ) |
| | ) **UNDER SEAL** |
| *Defendant.* | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Benjamin Burnheimer, being first duly sworn, hereby depose and state as follows:

1.      On January 18, 2026, a complainant (hereafter "WITNESS 1") was interviewed by a Task Force Officer (TFO) assigned to the Metropolitan Police Department (MPD)-Federal Bureau of Investigation (FBI) Child Exploitation Task Force. During the interview WITNESS 1 indicated that he was sent videos that depicted child pornography by an X user, subsequently identified as Angel Anthony RIOS, date of birth 03/14/XXXX.

2.      WITNESS 1 advised that, on December 18, 2025, RIOS, using X username @aariosdc, sent him a message saying that he was available to help WITNESS 1 with his, "journey across CA/DC politics and government." WITNESS 1 advised that RIOS posted a lot of political posts on X but, at the time, WITNESS 1 did not know the identity of the X account user. WITNESS 1 advised that he is not used to people sending him direct messages on X so he didn't notice it until January 7, 2026. WITNESS 1 and RIOS began to converse at first about local and federal politics and government. The conversation eventually progressed into them speaking about their personal lives and their likes and dislikes. The conversation continued off and on for several days.

3. On January 17, 2026, RIOS asked WITNESS 1 if he was single and RIOS stated that he found WITNESS 1 attractive. The conversation continued through the day into the evening, at which time the conversation became more sexual. WITNESS 1 advised that he was fine with having a sexual conversation with RIOS. Later, RIOS sent WITNESS 1 a message indicating that he once had a 16-year-old football player "jerk his cock and show his hole to me on a vid chat." RIOS also sent a message saying that he and WITNESS 1 could be an "LGBT+ community leader power couple" during the day and at night a, "goner cock whore child molesters getting high off of teenage dick and ass, drugging boys from the local high schools."

4. Shortly afterward, RIOS sent a message to WITNESS 1 saying, "I have under aged porn on my phone. Want to see it?" RIOS continued, "It's a 3 year old sucking the cock, briefly, of his own father, and the dad ripping his underwear open and playing with his cock."

5. WITNESS 1 advised that he continued the conversation with RIOS because he didn't know if this was real or not. WITNESS 1 advised that RIOS sent him approximately five (5) videos depicting a small child engaged in a sex act with an adult male. WITNESS 1 advised that RIOS unsent the videos later but WITNESS 1 had taken screen shots of the video thumbnails.

6. RIOS then asked WITNESS 1, "How's it feel knowing you just watched child porn for, I'm assuming, the first time." WITNESS 1 asked the suspect how he obtained those videos and RIOS stated that he, "Got them live. Managed to talk the dad into doing it for me."

7. WITNESS 1 advised that he collected information on RIOS so that he could file a report to the National Center for Missing and Exploited Children (NCMEC).

8. On or about January 20, 2026, an MPD-FBI TFO viewed the contents of WITNESS 1's phone. WITNESS 1 previously reported that he had taken a screenshot of one of

the videos that RIOS sent over the X application. The screenshot, which was viewed by an MPD-FBI TFO, depicted an adult male's penis over what appeared to be an approximately toddler-age male. The screenshot also showed that the media file was exchanged between RIOS and WITNESS 1 on the X application.

9.      Following WITNESS 1's disclosure to law enforcement, the @aariosdc account was suspended by X Corp.

10.      According to records provided by X on January 19, 2025, X account user @aariosdc used email address aarios.XXXX@gmail.com to set up the X account.

11.      An emergency disclosure request was sent to Google for information associated with the email account. According to records provided by Google on January 20, 2026, email address aarios.XXXX@gmail.com had a display name of Angel Rios, recovery email address aarios.XXX@gmail.com, and telephone number 202-281-XXXX.

12.      According to records provided by Google on January 20, 2026, email address aarios.XXX@gmail.com was associated with recovery email address aariosXXX@gmail.com.

13.      According to records provided by Google on September 25, 2025, email address aariosXXX@gmail.com was logged into on August 24, 2025, using IP address 2600:1003:b036:9e6f:6458:a7ff:fe3a:1899; on August 16, 2025, using IP address 2600:1003:b038:f877:4087:8bff:fe4f:9dac; and on September 19, 2025, using IP address 2600:1003:b05c:7f5:ec30:4eff:fe7f:a271.

14.      According to records provided by Verizon on January 20, 2026, the telephone number associated with the accounts for each of the aforementioned IP addresses was 202-281-XXXX, the same phone number associated with the aarios.XXXX@gmail.com email address used to set up the X account used to communicate with WITNESS 1.

15.     According to records provided by Verizon on January 20, 2026, telephone number 202-281-XXXX, was subscribed to by Angel Rios with a subscriber address of XXX 7th Street NW, Apt. WES, Washington, D.C. 20001.

16.     Witness 1 disclosed to law enforcement that the user of the @aariosdc account sent him a phone number to contact him. The phone number was 202-858-XXXX. Based on the below conversation, 202-858-XXXX belongs to Angel Anthony RIOS. On January 20, 2026, at approximately 5:03 p.m., an undercover agent (UC) operating in Washington, D.C. messaged RIOS posing as WITNESS 1 and stating, "Hey did you ghost me? This is XXXX." On January 21, 2026, RIOS responded, "Baby boy, I would NEVER! Someone reported my Twitter and got it suspended (for what I'm not sure)." After further conversation regarding the material that RIOS sent WITNESS 1, RIOS stated, "getting ready for the day. You're at work and talking about jerking off to cp, what a dirty little fuck you are." When the UC asked, "was that the only one u had," in reference to child pornography material, RIOS responded, "not at all, but you'll have to earn the others. You game?" After further conversation, RIOS stated, "Also, if this would be easier, I just created a snap. @heyangeldc."

17.     The UC observed on Snapchat that the account associated with username heyangeldc had a display name of "Angel Rios." Based on the conversation below, the Snapchat account heyangeldc belongs to Angel Anthony RIOS. The UC messaged RIOS, "Is it bad that I came so hard to the kid sucking his dads cock, I felt horrible about cumming so hard." RIOS responded, "No its actually the only correct response. You liked what you saw. You want more of it. Kids are here to be used, and I don't mean that ironically. Under aged relationships were the norm, not the exception for most of human history, our aversion to it is just a leftover piece of cultural constipation from the stuck uo [sic], self righteous puritains [sic]."

18.    The UC stated, "Is that the only dad that sends u stuff," referencing the above-referenced image of an adult male and toddler child. RIOS responded, "Not at all. I've got stuff from all kinds. Dads feeling up their teenage sons in their sleep, boys showing me their…holes and cocks. The list goes on."

19.    As the conversation continued, RIOS stated, "I'll show you a 16 year old boy I've been grooming, if you agree to send me whatever pics and vids I want until noon." As the conversation continued, the UC asked RIOS to send a photograph of himself giving the UC "the finger." RIOS sent the below photo:



Below is a drivers license photograph of Angel Anthony RIOS from his California

drivers license which is visually similar to the above photograph sent to the UC:



Additionally, below are photos taken from publicly available social media profiles

belonging to RIOS which are visually similar to the above photograph RIOS sent the UC:





## Angel A. Rios · 3rd

Chairman & Chief Executive Officer @DCCAN | Candidate for D.C Shadow Representative

Washington, District of Columbia, United States · Contact info

59 connections

  

## **CONCLUSION**

20.     Based on the above information, there is probable cause to believe that Angel Rios, with date of birth 03/14/XXXX committed the following offense: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about January 17, 2026.

Respectfully Submitted,

Benjamin Burnheimer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on January 21, 2026.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE