

U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

February 9, 2026

**VIA USAFX**

Ubong Akpan, Esq.
625 Indiana Ave NW, Suite 500
Washington, DC 20004
T: (202) 208-7500

      Re:    Discovery Production Letter No. 1
               <u>*United States v. Angel Anthony Rios, 26-cr-21 (BAH)*</u>

Dear Counsel:

    I am writing to memorialize that the production of the following material associated with the above-captioned matter were placed on USA File Exchange on February 6, 2026.

MPD Documents and Recordings:

- Body worn camera titled 3320_IDAHO_AVE_NW
- Audio Interview of Witness 1
- Photos of Witness 1 and Angel Rios Twitter/X Profiles (4 photos)
- Body Worn Camera titled SEXUAL_ABUSE_INVESTIGATION_-_3320_IDAHO_AVE_NW
- One photograph of Witness 1
- Preservation request to X
- Scan of paperwork provided by Witness 1
- 1_CCN _ 26008146 - Combined Reports_Redacted
- CCN _ 26008146 - Offense_Incident_ Mail_transport_ship Child Pornography By Any Means Including

FBI Documents:

- 305B-WF-4105311_0000028_Import
- 305B-WF-4105311_0000029_1A0000015_0000001

- 305B-WF-4105311_0000029_1A0000015_0000002
- 305B-WF-4105311_0000029_1A0000015_0000003
- 305B-WF-4105311_0000029_1A0000015_0000004
- 305B-WF-4105311_0000029_1A0000015_0000005
- 305B-WF-4105311_0000030_1A0000016_0000001
- 305B-WF-4105311_0000032_1A0000017_0000001
- 305B-WF-4105311_0000032_1A0000017_0000002
- 305B-WF-4105311_0000032_1A0000017_0000003
- 305B-WF-4105311_0000032_1A0000017_0000004
- 305B-WF-4105311_0000032_Import
- 305B-WF-4105311_0000033_1A0000018_0000001
- 305B-WF-4105311_0000036_1A0000020_0000001
- 305B-WF-4105311_0000037_1A0000021_0000001
- 305B-WF-4105311_0000037_1A0000021_0000002
- 305B-WF-4105311_0000037_1A0000021_0000003
- 305B-WF-4105311_0000038_1A0000022_0000001
- 305B-WF-4105311_0000039_1A0000023_0000001
- 305B-WF-4105311_0000039_1A0000023_0000002
- 305B-WF-4105311_0000039_1A0000023_0000003
- 305B-WF-4105311_0000039_1A0000023_0000004
- 305B-WF-4105311_0000039_1A0000023_0000005
- 305B-WF-4105311_0000040_1A0000024_0000001
- 305B-WF-4105311_0000040_1A0000024_0000002
- 305B-WF-4105311_0000040_1A0000024_0000003
- 305B-WF-4105311_0000040_1A0000024_0000004
- 305B-WF-4105311_0000040_1A0000024_0000005
- 305B-WF-4105311_0000042_1A0000025_0000001
- 305B-WF-4105311_0000043_1A0000026_0000001
- 305B-WF-4105311_0000044_1A0000001_0000001
- 305B-WF-4105311_0000044_1A0000002_0000001
- 305B-WF-4105311_0000044_1A0000002_0000002
- 305B-WF-4105311_0000045_1A0000027_0000001
- 305B-WF-4105311_0000045_1A0000027_0000002_PHYSICAL
- 305B-WF-4105311_0000045_1A0000028_0000001
- 305B-WF-4105311_0000045_1A0000028_0000002
- 305B-WF-4105311_0000045_1A0000028_0000003

Additionally, Witness 1 pled guilty to five counts of voyeurism in D.C. Superior Court. On February 20, 2025, Witness 1 received a sentence of one year incarceration for each count to run consecutively, all of which was suspended, followed by 36 months of supervised probation.

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Furthermore, the government is in possession of images and videos depicting the sexual abuse of children that were found on digital devices belonging to your client. Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States. If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so. Agents are continuing to review the contents of these devices, and I will notify you once the device review has been completed.

Should you have any questions about these materials, please do not hesitate to contact me.

        Sincerely,

        */s/ Janani Iyengar*
        Janani Iyengar
        Chief, CEHT Section
        Phone: (202) 252-2571
        Email: Janani.iyengar@usdoj.gov