# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 26-cr-21 (BAH) |
| : | |
| **ANGEL ANTHONY RIOS,** : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Janani Iyengar, hereby provides the following attachment: Discovery Production Letter No. 2 dated March 3, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


*/s/ Janani Iyengar*
Janani Iyengar
NY State Bar No. 5225990
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-7760
Email: Janani.iyengar@usdoj.gov