

U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

March 3, 2026

**VIA USAFX**

Ubong Akpan, Esq.
625 Indiana Ave NW, Suite 500
Washington, DC 20004
T: (202) 208-7500

      Re:    Discovery Production Letter No. 2
                 *United States v. Angel Anthony Rios, 26-cr-21 (BAH)*

Dear Counsel:

      I am writing to memorialize that the production of the following material associated with the above-captioned matter were placed on USA File Exchange on February 26, 2026.

FBI Materials (SENSITIVE):
- [EXTERNAL EMAIL] -  Re_ Incident Report 06_21_2025_Redacted
- 305B-WF-4105311_0000001_Redacted
- 305B-WF-4105311_0000002_1A0000712_0000001
- 305B-WF-4105311_0000002_1A0000712_0000002
- 305B-WF-4105311_0000003
- 305B-WF-4105311_0000003_1A0000713_0000001
- 305B-WF-4105311_0000003_1A0000713_0000002
- 305B-WF-4105311_0000003_1A0000713_0000003
- 305B-WF-4105311_0000004
- 305B-WF-4105311_0000004_1A0000001_0000001
- 305B-WF-4105311_0000004_1A0000001_0000002
- 305B-WF-4105311_0000005
- 305B-WF-4105311_0000005_1A0000002_0000001
- 305B-WF-4105311_0000006
- 305B-WF-4105311_0000006_Import
- 305B-WF-4105311_0000007

- 305B-WF-4105311_0000007_Import
- 305B-WF-4105311_0000008
- 305B-WF-4105311_0000009
- 305B-WF-4105311_0000009_Import
- 305B-WF-4105311_0000010
- 305B-WF-4105311_0000010_Import
- 305B-WF-4105311_0000011
- 305B-WF-4105311_0000011_1A0000775_0000001
- 305B-WF-4105311_0000011_1A0000775_0000002
- 305B-WF-4105311_0000012
- 305B-WF-4105311_0000012_Import
- 305B-WF-4105311_0000013
- 305B-WF-4105311_0000013_Import
- 305B-WF-4105311_0000014_1A0000003_0000001
- 305B-WF-4105311_0000014_1A0000003_0000002
- 305B-WF-4105311_0000014_1A0000003_0000003
- 305B-WF-4105311_0000014_1A0000003_0000005
- 305B-WF-4105311_0000014_1A0000003_0000006
- 305B-WF-4105311_0000014_1A0000003_0000007
- 305B-WF-4105311_0000014_1A0000003_0000008
- 305B-WF-4105311_0000014_Redacted
- 305B-WF-4105311_0000015_1A0000004_0000001
- 305B-WF-4105311_0000015_1A0000004_0000002
- 305B-WF-4105311_0000015_Redacted
- 305B-WF-4105311_0000016_1A0000005_0000001
- 305B-WF-4105311_0000016_1A0000005_0000002
- 305B-WF-4105311_0000016_Import
- 305B-WF-4105311_0000016_Redacted
- 305B-WF-4105311_0000017_1A0000006_0000001
- 305B-WF-4105311_0000017_Redacted
- 305B-WF-4105311_0000018
- 305B-WF-4105311_0000019
- 305B-WF-4105311_0000019_1A0000008_0000001
- 305B-WF-4105311_0000019_1A0000008_0000002
- 305B-WF-4105311_0000019_1A0000008_0000003
- 305B-WF-4105311_0000019_1A0000008_0000004
- 305B-WF-4105311_0000019_1A0000008_0000005
- 305B-WF-4105311_0000020
- 305B-WF-4105311_0000020_1A0000009_0000001
- 305B-WF-4105311_0000020_1A0000010_0000001
- 305B-WF-4105311_0000021
- 305B-WF-4105311_0000021_1A0000011_0000001
- 305B-WF-4105311_0000022
- 305B-WF-4105311_0000023

- 305B-WF-4105311_0000023_1A0000816_0000001
- 305B-WF-4105311_0000024_1A0000013_0000001_Redacted
- 305B-WF-4105311_0000024_Redacted
- 305B-WF-4105311_0000025
- 305B-WF-4105311_0000026_Redacted
- 305B-WF-4105311_0000027_1A0000014_0000001_PHYSICAL
- 305B-WF-4105311_0000027_1A0000014_0000002_PHYSICAL
- 305B-WF-4105311_0000027_Redacted
- 305B-WF-4105311_0000028
- 305B-WF-4105311_0000029
- 305B-WF-4105311_0000030
- 305B-WF-4105311_0000031
- 305B-WF-4105311_0000032
- 305B-WF-4105311_0000033
- 305B-WF-4105311_0000034
- 305B-WF-4105311_0000035
- 305B-WF-4105311_0000036
- 305B-WF-4105311_0000037
- 305B-WF-4105311_0000038
- 305B-WF-4105311_0000039
- 305B-WF-4105311_0000040
- 305B-WF-4105311_0000041
- 305B-WF-4105311_0000042
- 305B-WF-4105311_0000043
- 305B-WF-4105311_0000044
- 305B-WF-4105311_0000045
- 305B-WF-4105311-BWC_0000001
- 305B-WF-4105311-GJ_0000001
- 305B-WF-4105311-SBP_0000001
- 305B-WF-4105311-SBP_0000002
- 305B-WF-4105311-SBP_0000002_1A0000001_0000001
- 305B-WF-4105311-SBP_0000002_1A0000001_0000002
- 305B-WF-4105311-SBP_0000002_1A0000001_0000003
- 305B-WF-4105311-SBP_0000002_1A0000001_0000004
- 305B-WF-4105311-SBP_0000003
- 305B-WF-4105311-SBP_0000003_1A0000002_0000001
- 305B-WF-4105311-SBP_0000003_1A0000002_0000002
- 305B-WF-4105311-SBP_0000003_1A0000002_0000003
- 305B-WF-4105311-SBP_0000004
- 305B-WF-4105311-SBP_0000004_1A0000003_0000001
- 305B-WF-4105311-SBP_0000004_1A0000003_0000002
- 305B-WF-4105311-SBP_0000005_1A0000004_0000001
- 305B-WF-4105311-SBP_0000005_Redacted
- 305B-WF-4105311-SBP_0000006

- 305B-WF-4105311-SBP_0000006_1A0000005_0000001
- 305B-WF-4105311-SBP_0000006_1A0000005_0000002
- 305B-WF-4105311-SBP_0000006_1A0000005_0000003
- 305B-WF-4105311-SBP_0000007
- 305B-WF-4105311-SBP_0000007_1A0000006_0000001
- 305B-WF-4105311-SBP_0000007_1A0000006_0000002
- 305B-WF-4105311-SBP_0000007_1A0000006_0000003
- 305B-WF-4105311-SBP_0000007_1A0000006_0000004
- 305B-WF-4105311-SBP_0000007_1A0000006_0000005

FBI Materials (Non-Sensitive)

- 305B-WF-4105311_0000047_1A0000030_0000001
- 305B-WF-4105311_0000047_1A0000030_0000002
- 305B-WF-4105311_0000049_1A0000031_0000001
- 305B-WF-4105311_0000049_1A0000031_0000002
- 305B-WF-4105311_0000049_1A0000031_0000003
- 305B-WF-4105311_0000049_1A0000032_0000001
- Custodial Interview of ANGEL ANTHONY RIOS on 2026.01.23
- WF-FO-202601231-305B_WF_4105311
- WF-FO-202601231-305B_WF_4105311

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Furthermore, the government is in possession of images and videos depicting the sexual abuse of children that were found on digital devices belonging to your client. Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States. If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so. As I stated in my February 26, 2026, email, agents have completed their review of your client's Kindle. The Twitter/X conversation that forms the basis of the charges in this case were not located on that device, however, the Snapchat conversation referenced in the complaint was found on the device. Agents have not been able to extract your client's Motorola device.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Janani Iyengar*
Janani Iyengar
Chief, CEHT Section
Phone: (202) 252-2571
Email: Janani.iyengar@usdoj.gov