# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Cr. No. 26-021 (BAH)** |
| : | |
| **ANGEL ANTHONY RIOS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Angel Rios, by and through counsel, respectfully moves this Honorable Court to continue the status hearing currently scheduled for March 6, 2026, for approximately 30 days. The defense received the plea offer from the government last week and additional discovery on March 3rd. The defense needs time to review the new discovery and consider the plea offer. The government does not oppose this motion. The parties agree that time under the Speedy Trial Act should be tolled in the interest of justice.

.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong Akpan
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500