# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| v.   ) | Cr. No. 26-021 (BAH) |
| **ANGEL ANTHONY RIOS**   ) | |
| _____ ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that

_____

**SO ORDERED.**

_____

DATE: March___, 2026                     JUDGE BERYL A. HOWELL
                                         UNITED STATES DISTRICT COURT