**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| | )   **Case No.: 26-cr-21 (BAH)** |
| | ) |
| | ) |
| **ANGEL RIOS,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Katelyn Adams has assumed responsibility for the defense of Angel Rios in the above-captioned case. Mr. Rios' case had previously been assigned to Assistant Federal Public Defender Ubong Akpan. Please send all notices and inquiries to the attorney at the address listed below and remove Ubong Akpan as counsel for the defendant.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
KATELYN ADAMS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Kate_Adams@fd.org