**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-CR-21 (BAH)** |
| | : | |
| **ANGEL ANTHONY RIOS** | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME**
**UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion to continue the July 17, 2026, status hearing and exclude time under the Speedy Trial Act.  In support thereof, the government states as follows:

1.      On January 23, 2026, the defendant was arrested on a complaint charging the defendant with Distribution of Child Pornography. On January 28, 2026, Magistrate Judge Upadhyaya ordered the defendant remain detained. On February 5, 2026, a grand jury returned an indictment charging the defendant with one count of Distribution of Child Pornography. On April 10, 2026, the Court held a status hearing. At that time, the Court set a further status hearing on June 12, 2026. The Court also ordered that time under the Speedy Trial Act should toll between April 10, 2026, and June 12, 2026. Subsequently, the parties requested a continuance until July 17, 2026.

2.      The parties have conferred and are in the process of reaching a pretrial resolution of this matter. Defense counsel needs additional time to meet with the defendant regarding the pretrial resolution. The government agrees that this will facilitate a resolution of this

1

matter.

3.      The parties, therefore, would respectfully request that the Court continue the July 17, 2026, status hearing until July 31, 2026. That is the earliest date that the parties are both available. The parties agree the exclusion of time under the Speedy Trial Act between July 17, 2026, and the next status date is appropriate, would serve the interests of justice, and outweigh the interests of the public and the defendant in a speedy trial, and will allow the parties to continue to discuss a plea offer. Therefore, the parties agree that pursuant to 18 U.S.C. § 3161, the time from July 17, 2026, through July 31, 2026, shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the status hearing in this matter and exclude time under the Speedy Trial Act.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:      /s/  Janani Iyengar
Janani Iyengar
Assistant United States Attorney
NY Bar No. 5225990
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-7760
janani.iyengar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 26-CR-21 (BAH) |
| | : | |
| ANGEL ANTHONY RIOS | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Based upon the representations in the government's Consent Motion to Continue the Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that a status hearing in this matter will be scheduled on _____ at _____ a.m./p.m.; and it is further

**ORDERED** that the time between July 17, 2026, and _____ be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding time until the status hearing outweighs the best interests of the public and the defendant in a speedy trial, as the parties continue to discuss a pre-trial resolution.

_____
THE HONORABLE JUDGE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

3