**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 26-CR-21 (BAH)** |
| | ) | |
| **ANGEL ANTHONY RIOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Eugene Ohm on

behalf of the defendant, Angel Anthony Rios, as counsel in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Eugene_Ohm@fd.org