UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          Case No. 26-cr-21 (BAH)

ANGEL ANTHONY RIOS,

Defendant.

**FILED**

AUG 1 4 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### STATEMENT OF OFFENSE IN SUPPORT OF
### DEFENDANT ANGEL ANTHONY RIOS' PLEA OF GUILTY

The parties in this case, the United States of America and the defendant, Angel Anthony Rios, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to show that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

### I.    The Penalties

A violation of 18 U.S.C. § 2252(a)(4)(B) carries a maximum sentence of 20 years of imprisonment; a fine of $250,000 or twice the pecuniary gain or loss of the offense, pursuant to 18 U.S.C. § 3571(b)(3); a term of supervised release of not less than five years and up to life, pursuant to 18 U.S.C. § 3583(k); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

### II.    The Elements of the Offense

To prove that the defendant is guilty of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), the government must prove beyond a reasonable doubt that:

1. The defendant knowingly possessed a visual depiction;

2. The depiction had been shipped or transported in or affecting interstate or foreign

commerce or contains materials which have been mailed or so shipped or transported, by any means including by computer;

3. Producing the visual depiction involved using a minor engaged in sexually explicit conduct; and

4. The depiction was of a minor engaged in sexually explicit conduct.

### Factual Proffer

1. On January 18, 2026, an individual (WITNESS 1), reported to law enforcement that he received child pornography from an individual on X. WITNESS 1 advised that, on December 18, 2025, RIOS, using X username @aariosdc, sent him a message saying that he was available to help WITNESS 1 with his, "journey across CA/DC politics and government."

2. Following an initial messaging interaction, on January 17, 2026, RIOS asked WITNESS 1 if he was single and RIOS stated that he found WITNESS 1 attractive. Later, RIOS sent WITNESS 1 a message indicating that he once had a 16-year-old football player "jerk his cock and show his hole to me on a vid chat." RIOS also sent a message saying that he and WITNESS 1 could be an "LGBT+ community leader power couple" during the day and at night a, "goner cock whore child molesters getting high off of teenage dick and ass, drugging boys from the local high schools."

3. Shortly afterward, RIOS sent a message to WITNESS 1 saying, "I have under aged porn on my phone. Want to see it?" RIOS continued, "It's a 3 year old sucking the cock, briefly, of his own father, and the dad ripping his underwear open and playing with his cock."

4. RIOS then asked WITNESS 1, "How's it feel knowing you just watched child porn for, I'm assuming, the first time." WITNESS 1 asked the suspect how he obtained the video and RIOS stated that he, "Got them live. Managed to talk the dad into doing it for me."

5.      On or about January 20, 2026, an MPD-FBI TFO viewed the contents of WITNESS 1's phone. WITNESS 1 previously reported that he had taken a screenshot of the video that RIOS sent over the X application. The screenshot, which was viewed by an MPD-FBI TFO, depicted an adult male's penis over what appeared to be an approximately toddler-age male. The screenshot also showed that the media file was exchanged between RIOS and WITNESS 1 on the X application. A further examination of WITNESS 1's phone revealed one video depicting the sexual abuse of the same toddler child. The video depicted a toddler placing his mouth on an adult male's erect penis. Witness 1 stated that Rios sent the video to him via X.

6.      On January 20, 2026, an undercover officer contact Rios via text message and subsequently Snapchat. During the Snapchat conversation, the undercover officer referenced the video depicting the toddler child being sexually abused by an adult male. Rios stated in response that, "kids are here to be used, and I don't mean that ironically."

7.      On January 23, 2026, law enforcement took Rios into custody. Rios waived his *Miranda* rights and stated that he had previously received child pornography, and described the content of the video distributed to Witness 1. A search of Rios' devices did not yield any child pornography images, however, the messages exchanged with the undercover officer were located on his devices.

Respectfully Submitted,

Jeanine Ferris Pirro
UNITED STATES ATTORNEY

*/s/ Janani Iyengar*
Janani Iyengar
Assistant United States Attorney

Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I, Angel Anthony Rios, have read every page of this Statement of Offense and have discussed it with my attorney, Kate Adams. I agree to it and acknowledge that everything in this statement is true and correct. I do this voluntarily and of my own free will.

Date: _08/06/24_　　　　　　　　_____
　　　　　　　　　　　　　　　　　Angel Anthony Rios
　　　　　　　　　　　　　　　　　Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read every page of this Statement of Offense, reviewed and discussed it with my client, Angel Anthony Rios, and have no reason to disagree with my client's admission that the facts set forth therein are true and correct.

Date: _8/6/26_　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kate Adams
　　　　　　　　　　　　　　　　　Attorney for Defendant