Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: CR 26-021-01 (BAH) |
| | ) | |
| ANGEL ANTHONY RIOS | ) | |
| | ) | **FILED** |
| | ) | AUG 1 4 2026 |
| | ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**WAIVER OF INDICTMENT**

I, _____ANGEL ANTHONY RIOS_____, the above-named defendant, who is accused of

Possession of Child Pornography, in violation of Title 18, United States Code, Section 252(a)(4)(B)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____AUGUST 14, 2026_____ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____*Beryl A. Howell*_____        Date: ____*august 14, 2026*____

BERYL A. HOWELL

United States District Judge