CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: CR 26-021 (BAH) |
| | ) | |
| ANGEL ANTHONY RIOS | ) | **FILED** |
| | ) | AUG 1 4 2026 |
| | ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
BERYL A. HOWELL

United States District Judge

Date: _August 14, 2026_