**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,** :
:
**v.** : **Cr. No. 26-021 (BAH)**
:
**ANGEL ANTHONY RIOS,** :
:
**Defendant.** :
:

**MOTION TO REQUIRE LEGAL VISITS WITHOUT RESTRAINTS**

Angel Rios, by and through counsel, respectfully moves this Honorable Court to require the Department of Corrections to remove restraints from Mr. Rios during any visits relating to his legal representation, including but not limited to legal visits, visits for the purposes of evaluations or visits with members of the Federal Public Defender Staff during the pendency of his case.

Mr. Rios was arrested on January 23, 2026 in 26-cr-021 and has been held at the D.C. Jail. In May 2026, he was placed in Administrative Restrictive Housing, a unit that has restrictions that are similar to solitary confinement. Individuals are required to remain in their cells for 22 hours per day and are required to be in five-point shackles whenever they are outside of their cells. This includes legal visits. There has been no particularized finding made known to Mr. Rios or to counsel justifying the Department of Corrections' use of shackles during legal visits.

Although counsel for Mr. Rios has been able to convince some staff to remove the shackles after vociferous complaining, most of the time, Mr. Rios must sit through uncomfortable and tight shackles around his wrists and ankles. Because of Mr. Rios' larger stature, the arrangement is extremely uncomfortable.

Mr. Rios is expected to undergo a 3 hour psychosexual evaluation during the week of October 12, 2026. Three hours of evaluation while shackled would be deeply uncomfortable and may jeopardize the accuracy of the risk assessment testing that is a primary purpose of the evaluation. Counsel thus requests that the Court require that the Department of Corrections permit Mr. Rios to be unshackled for this visit and all legal visits or any visits with Federal Public Defender staff while he resides in D.C. Department of Corrections custody.

.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

________/s/_________________
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Cr. No. 26-021 (BAH)** |
| | : | |
| **ANGEL ANTHONY RIOS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

It is hereby ORDERED that the Defendant's Motion to Require Legal Visits Without Restraints is GRANTED; it is further ORDERED that the D.C. Department of Corrections is required to permit Angel Rios to have visits with his attorney, with FPD staff, with medical staff or with forensic evaluators working on behalf of his legal team without any restraints during those visits.

So ordered.

Date: ____________

______________________________
Beryl Howell
Judge
United States District Court