**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Cr. No. 26-021 (BAH)** |
| | : | |
| **ANGEL ANTHONY RIOS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

It is hereby ORDERED that the Defendant's Motion to Require Legal Visits Without Restraints is GRANTED; it is further ORDERED that the D.C. Department of Corrections is required to permit Angel Rios to have visits with his attorney, with FPD staff, with medical staff or with forensic evaluators working on behalf of his legal team without any restraints during those visits.

So ordered.

Date: ____________

______________________________
Beryl Howell
Judge
United States District Court