**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-cr-21 (BAH)** |
| | : | |
| **ANGEL ANTHONY RIOS,** | : | |
| **Defendant.** | : | |

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION TO REQUIRE LEGAL VISITS WITHOUT RESTRAINTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the defendant's October 6, 2026, Motion to Require Legal Visits Without Restraints. ECF No. 34.

On October 7, 2026, the government sent the defendant's motion to the Office of the General Counsel at the District of Columbia Department of Corrections and asked for their position. The same day, The Office of General Counsel provided the following response:

> DOC is not opposed to Mr. Rios being unshackled during a medical examination. However, Warden Page has indicated for security reasons Mr. Rios will remain shackled for all other visits including legal visits.

The government clarified with the Office of General Counsel that a psychosexual evaluation would be considered a medical examination. The government also clarified that the safety concerns related to legal visits are concerns related to the safety of the attorney and other inmates who may be in close proximity to the defendant. The government concurs with the position of the Department of Corrections that removing shackles for purposes of the psychosexual evaluation is appropriate, however, due to the safety concerns raised by the Warden, the shackles should remain in place for legal visits.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/*Janani Iyengar*
Janani Iyengar
Assistant United States Attorney
NY Bar No. 5225990
U.S. Attorney's Office
601 D Street, N.W.
Washington, DC
202-252-7760
Janani.iyengar@usdoj.gov