**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL ANTHONY RIOS,<br><br>Defendant. | Criminal Case No. 26-21<br>Judge Beryl A. Howell |

**ORDER**

Upon consideration of defendant Angel Rios's Motion to Require Legal Visits Without Restraints ("Def.'s Mot."), ECF No. 34, the Government's Response to the Defendant's Motion to Require Legal Visits Without Restraints ("Gov't's Resp."), ECF No. 35, and representations made by counsel at a hearing held on October 9, 2026, *see* Minute Entry (Oct. 9, 2026), and the following findings:

(a) In May 2026, defendant was placed in D.C. Department of Corrections' ("DOC") "Administrative Restrictive Housing" ("ARH"), "a unit that has restrictions that are similar to solitary confinement," where "[i]ndividuals are required to remain in their cells for 22 hours per day and are required to be in five-point shackles whenever they are outside of their cells," including legal visits, Def.'s Mot. at 1;

(b) During legal visits, "most of the time, Mr. Rios must sit through uncomfortable and tight shackles around his wrists and ankles," and "[b]ecause of Mr. Rios' larger stature, the arrangement is extremely uncomfortable," *id.*;

(c) DOC has agreed that defendant may be unshackled during a psychosexual evaluation but nonetheless continues to require that he remain shackled during legal visits, Gov't's Resp. at 1, though the government did not explain why defendant was placed and remains in the ARH. According to defense counsel, DOC personnel advised that defendant was assigned to ARH based on an assault accusation by defendant's former cellmate, who did not want to share a cell with defendant, who is gay, and this former cellmate accuser is no longer detained at DOC and has no identifiable address, with the result that this accusation appears highly unlikely to result in

"particularized finding[s] . . . justifying the Department of Corrections' use of shackles during legal visits," Def.'s Mot. at 1; *see* Minute Entry (Oct. 9, 2026); and

(d) defendant has an upcoming sentencing hearing for which he needs to be prepared and will be meeting frequently with defense counsel over the coming weeks.

Based upon these findings, it is hereby—

**ORDERED** that Defendant's Motion to Require Legal Visits Without Restraints is **GRANTED**; it is further

**ORDERED** that the D.C. Department of Corrections is required to permit defendant Angel Rios to have visits with his attorney, with staff of the D.C. Federal Public Defenders Office, with medical staff or with forensic evaluators working on behalf of his legal team without any restraints during those visits; and it is further

**ORDERED** that the Clerk of Court send this order directly to DOC's General Counsel.

**SO ORDERED.**

Date: October 9, 2026

**BERYL A. HOWELL**
United States District Judge