# EXHIBIT 1

# Video Exhibit