# EXHIBIT 3

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **ANGEL RIOS,**<br>D.C. Jail<br>1901 D Street, SE<br>Washington, DC 20003,<br>Plaintiff,<br>v.<br>**THE DISTRICT OF COLUMBIA,**<br>**CORDELIA COWAN,** PREA Coordinator, in her official capacity,<br>**WARDEN JOE PAGE,** in his official capacity,<br>Defendants. | Civil Action No.: _______________<br>Judge: ________________________ |

**DECLARATION OF ANGEL RIOS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Angel Rios, declare as follows:

1. My name is Angel Rios. I am over eighteen years old, I am the Plaintiff in this case, and I am in the custody of the D.C. Department of Corrections ("DOC") at the D.C. Jail. I make this declaration from my own personal knowledge, except where I say that I was told something by someone else.

2. I am gay. I am open about my sexual orientation.

3. Before May 2026, I was housed in Southwest 3. My sexual orientation was known to the other inmates and to the correctional staff there. I associated with two other openly gay men in the unit, and all three of us were known to be gay.

4. In Southwest 3, other inmates often directed anti-gay slurs at me, including "puta" and "fa**ot."

5. Before the May 2026 allegation described below, I overheard my then-cellmate, speaking in Spanish, tell other inmates in the unit about a plan to make false allegations against me so that I would be removed from the cell.

6. In or about May 2026, that cellmate made a PREA allegation against me. The allegation is false. I have denied it every time I have been asked, and I have cooperated truthfully with officials, including by describing my cellmate's plan to them.

7. After the allegation, DOC removed me from my cell and placed me in administrative restrictive housing ("RHU") in South 1. I have been in RHU since approximately May 2026 and I am still there today.

8. In RHU, I am locked in my cell about 22 hours a day on weekdays and about 24 hours a day on weekends. My recreation is much more restricted than that of inmates in regular housing. Whenever I am moved, I am escorted in five-point shackles.

9. Staffing shortages in the RHU limit my access to legal and medical services. For example, I have missed mental health appointments because there RHU claimed not to have enough staffing to accommodate the therapist to be able to visit. I have also routinely missed recreation time, especially on weekends. I have also been deprived attorney calls and sick call requests because of staffing shortages in South 1.

10. Since I was moved to South 1, the slurs have increased. Correctional officers in South 1 have themselves directed homophobic slurs at me.

11. My criminal defense counsel has told me that DOC's General Counsel's office said that PREA recommended that I be "housed alone" because of the allegation, that neither PREA nor the General Counsel's office makes housing determinations, and that the General

Counsel's office would request consideration of my movement on August 6, 2026. I have not been moved.

12. My criminal defense counsel submitted a formal administrative appeal of my RHU placement on my behalf. (Exhibits D and E.) On August 27, 2026, DOC denied the appeal. The denial said that RHU placement was appropriate while the external criminal investigation was pending and that the separate MPD investigation remained ongoing. (Exhibit B.)

13. My criminal defense counsel has told me that the United States Attorney's Office has decided not to bring criminal charges against me based on the allegation on September 8, 2026. My counsel has told me that, on or about September 8, 2026, he notified the Warden, the PREA Coordinator, and DOC's General Counsel, and that he followed up on September 10 and September 14, 2026. (Exhibit F.)

14. I have not had a meeting with the Housing Board even though am I entitled. While I was being escorted through the jail, I saw a Housing Board member and told him that the U.S. Attorney's Office had finished its review without charges. He suggested that I write to the Chair of the Housing Board.

15. On September 14, 2026, I submitted a written request for reconsideration. (Exhibit C.) As of the date I sign this declaration, I have not received any response to it, and I have not received any response to my counsel's notices.

16. Being kept in RHU has hurt me. I have had to take Trazadone for depression. I have had poor sleep and am isolated because of my inability to have contact with close friends and the outside world. I have had limited contact with my legal team and medical care.

17. The exhibits attached to this declaration Exhibits A through F, are true copies of the documents they are described as. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2026 at Washington, D.C.

ANGEL RIOS

17. The exhibits attached to this declaration, Exhibits A through F, are true copies of the documents they are described as. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2026 at Washington, D.C.

______________________________
ANGEL RIOS