# EXHIBIT 5

Fiscal Year 2024
https://www.ussc.gov/research/quick-facts

# QuickFacts

## Child Pornography Offenses

### Population Snapshot

*61,678 cases were reported in FY24;*
*1,375 involved child pornography.*[1]

*Child pornography offenses have increased 34.4% since FY20.*

### Number of Child Pornography Offenses




### Length of Mandatory Minimum Penalties[2]




### Individual and Offense Characteristics

45.8% of individuals sentenced for child pornography were sentenced for possessing child pornography; 43.1% for trafficking child pornography; and 11.1% for receiving child pornography.

99.1% were men.

71.2% were White, 18.0% were Hispanic, 6.0% were Black, and 4.8% were Other races.

Their average age was 41 years.

94.9% were United States citizens.

72.8% had little or no prior criminal history (Criminal History Category I);

- 15.3% were CHC II;
- 6.6% were CHC III;
- 2.2% were CHC IV;
- 1.4% were CHC V;
- 1.7% were CHC VI.

The top five districts for individuals sentenced for child pornography were:

- Middle District of Florida (71);
- Southern District of Texas (58);
- Eastern District of Missouri (55);
- Western District of Missouri (54);
- Southern District of Florida (45).

### Punishment

The average sentence for individuals sentenced for child pornography was 115 months.

99.5% were sentenced to prison.

The average sentence for individuals convicted of ***possessing child pornography*** was 82 months:[3]

- 73.1% of these individuals were not convicted of an offense carrying a mandatory minimum penalty; their average sentence was 65 months.
- 26.9% had a prior sexual abuse or child pornography conviction and were subject to a ten-year mandatory minimum penalty; their average sentence was 131 months.

*This document was produced and published at U.S. taxpayer expense.*

# QuickFacts

## Child Pornography Offenses

The average sentence for individuals convicted of ***trafficking child pornography*** was 151 months:[4]

- 88.5% of these individuals were convicted of an offense carrying a five-year mandatory minimum penalty; their average sentence was 138 months.
- 11.5% had a prior sexual abuse or child pornography conviction and were subject to a 15-year mandatory minimum penalty; their average sentence was 257 months.

The average sentence for individuals convicted of ***receiving child pornography*** was 106 months:

- 81.8% of these individuals were convicted of an offense carrying a five-year mandatory minimum penalty; their average sentence was 87 months.
- 18.2% had a prior sexual abuse or child pornography conviction and were subject to a 15-year mandatory minimum penalty; their average sentence was 189 months.

### Sentences Relative to the Guideline Range

43.1% of sentences for child pornography were under the *Guidelines Manual*.

- 37.7% were within the guideline range.
- 1.8% were substantial assistance departures.
  - *The average sentence reduction was 35.1%.*
- 0.1% were Early Disposition Program (EDP) departures.[5]
- 3.3% were some other downward departure.
  - *The average sentence reduction was 43.2%.*
- 0.2% were upward departures.
  - *The average sentence increase was 47.0%.*

56.9% of sentences for child pornography were variances.

- 53.2% were downward variances.
  - *The average sentence reduction was 36.7%.*
- 3.7% were upward variances.
  - *The average sentence increase was 50.0%.*

[1] Individuals sentenced for child pornography are those convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2). It does not include cases where individuals are convicted of Production of Child Pornography (§2G2.1).

[2] Cases with incomplete sentencing information were excluded from the analysis. Cases that do not meet logical criteria were also excluded.

[3] Individuals convicted of Possessing Material Involving the Sexual Exploitation of a Minor are subject to a ten-year mandatory minimum penalty with a prior conviction for sexual abuse or child pornography.

[4] Individuals convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor or Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor are subject to a five-year mandatory minimum penalty, or a 15-year mandatory minimum penalty with a prior conviction for sexual abuse or child pornography.

[5] "Early Disposition Program (or EDP) departures" are departures where the government sought a sentence below the guideline range because the defendant participated in the government's Early Disposition Program, through which cases are resolved in an expedited manner. See USSG §5K3.1. The Commission does not report the average for categories with fewer than three cases.

### Sentences Relative to the Guideline Range







### Sentences Relative to the Guideline Range by FY




### Average Guideline Minimum and Average Sentence (months)




SOURCE: United States Sentencing Commission, FY 2020 through FY 2024 Datafiles, USSCFY20-USSCFY24.