**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CR. NO. 26-CR-21 (BAH)** |
| **v.** | : | |
| | : | |
| **ANGEL ANTHONY RIOS,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF FILING OF PROPOSED FORFEITURE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached proposed order of forfeiture in advance of the defendant's sentencing hearing.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/ *Janani Iyengar*
Janani Iyengar
Assistant United States Attorney
NY State Bar No. 5225990
601 D Street, N.W.
Washington, D.C. 20530
Phone: 202-252-7760
Email: Janani.iyengar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 26-CR-21 (BAH)** |
| | : | |
| **ANGEL ANTHONY RIOS** | : | |
| | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## [PROPOSED] ORDER OF FORFEITURE

***WHEREAS,*** on August 14, 2026, the defendant entered a plea of guilty to one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), which the Court accepted on the same date;

***WHEREAS,*** within the express terms of the written plea agreement the defendant agreed to forfeit the following property relating to his possession of child pornography. This property includes:

(1) One Motorola cellular telephone
(2) One Amazon Kindle

which was seized in connection with the defendant's arrest and was involved in or used in violation of Federal law;

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, that (1) any property, real or personal: (a) that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations, and any property traceable to such property; (b) constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations, and any property traceable to such property; (c) involved in, used, or intended to be used to commit or to

facilitate the commission of such violations; and (d) which constitutes or is derived from proceeds traceable to the violations to which the defendant has pled guilty, pursuant to 18 U.S.C. §2253;

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, that the following specific property is subject to forfeiture:

(1) One Motorola cellular telephone
(2) One Amazon Kindle

***WHEREAS,*** pursuant to Federal Rule of Criminal Procedure 32.2, this Court determines that the Government has established the requisite nexus between the specific property listed in the prior paragraph and the violations to which the defendant has been found guilty;

***WHEREAS***, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 2253: 1) any property, real or personal: (a) that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations, and any property traceable to such property; (b) constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations, and any property traceable to such property; (c) involved in, used, or intended to be used to commit or to facilitate the commission of such violations; and (d) which constitutes or is derived from proceeds

traceable to the violations alleged in Count 1, pursuant to Title 18, United States Code, Section 2253.

2. The following specific property is declared forfeited to the United States:

(1) One Motorola cellular phone
(2) One Amazon Kindle

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant, and shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

**IT IS SO ORDERED.**

Dated this ______ day of ___________, 2026.

_______________________________________
THE HONORABLE JUDGE BERYL A. HOWELL
United States District Judge